# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michael Fiandaca** DOB: 1986; United States<br>**Mariana Wilkins** DOB: 2001; United States<br>**Trinida Valles** DOB: 1995; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**21-04635MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about September 19, 2021, in the District of Arizona, **Michael Fiandaca, Mariana Wilkins, Trinida Valles**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Abelino Urrutia-Beltran and Adolfo Reyes-Bazan and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about September 19, 2021, in the District of Arizona (Douglas), a United States Border Patrol Agent (BPA) responded to assist a Douglas Police Officers who was holding four suspected non-citizens on Avenue A. When the BPA arrived, officers were standing outside with the driver and passengers of a 2005 Saturn Vue. The driver was **Michael Fiandaca** and the passenger was **Mariana Wilkins**, both U.S. Citizens. There were four additional passengers who admitted they were in the U.S. illegally and were identified as Abelino Urrutia-Beltran, Adolfo Reyes-Bazan, Daniel Huanasca-Perez, and Braulio Miguel Moran-Centeno. An officer explained the nature of the call as he responded and encountered the Saturn which self-yielded and proceeded to pull over. The BPA learned that there was 2006 Chevrolet Silverado also involved and the driver was identified as **Trinida Valles**. Valles self-admitted being the facilitator of the noncitizen smuggling attempt.

In a post-*Miranda* statement, **Wilkins** said she and her friend **Fiandaca** stopped at **Valles'** house to pick up an item. **Wilkins** said that they got to a four way stop on Washington where she would meet up with **Valles**. **Valles** asked her if she could drop **Valles'** cousin at his aunt's house and **Valles** would follow them. **Wilkins** said she and **Fiandaca** agreed. **Wilkins** said that they drove off and **Valles** became very aggressive and angry. **Valles** then rammed **Fiandaca**'s car from behind. **Wilkins** said **Valles** also side wipe them causing them to lose control. **Wilkins** said they eventually drove to town where the police where available and pulled them over. The police verified they were transporting noncitizens, but she did not know they were noncitizens.

**Continued on back**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Abelino Urrutia-Beltran and Adolfo Reyes-Bazan

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri _____ *Digitally signed by JOSH ACKERMAN Date: 2021.09.20 12:28:24 -07'00'* | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA *Digitally signed by RICARDO ISLAVA Date: 2021.09.20 12:24:49 -07'00'*<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>September 20, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

In a post-*Miranda* statement, **Fiandaca** said that **Wilkins'** ex-boyfriend, **Valles**, asked them if they could drive his cousin to the aunt's house. **Fiandaca** said that where more people than seats but he agreed. **Fiandaca** said they started to drive away, **Valles** started to drive aggressive and looked mad. **Fiandaca** said they started to drive faster to get away from **Valles** and **Valles** hit them with a white truck. **Fiandaca** said he was driving a Saturn and that three people were in the second row while the fourth person was in the trunk or the third row. **Fiandaca** said that when they finally were stopped, he yielded, thanked the officer, and told them that **Valles** was crazy. **Fiandaca** said that the officers told him that they had been following for a while and they saw what happened.

Records checks revealed that Abelino Urrutia-Beltran, Adolfo Reyes-Bazan, Daniel Huanasca-Perez, and Braulio Miguel Moran-Centeno did not have the proper immigration documentation to enter or remain in the U.S. legally. Huanasca was previously removed from the U.S. on May 18, 2021. Urrutia and Reyes were identified as material witnesses who said that they had arranged to be smuggled into the United States for money and admitted crossing the U.S. border illegally.