GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BRIAN C. HOPKINS
Assistant U.S. Attorney
State Bar No.: 029636
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: brian.hopkins@usdoj.gov
Attorneys for Plaintiff

FILED

2021 OCT 13 PM 3:03

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-02660 TUC-JGZ(MSA)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

                Plaintiff,
  v.

1. Michael Fiandaca,
   (Counts 1-3)

2. Mariana Wilkins,
   (Counts 1-3)

3. Trinidad Valles,
 aka Trinida Valles
   (Counts 1-3)

                Defendants.

**INDICTMENT**

VIOLATIONS:

    8 U.S.C. § 1324(a)(1)(A)(v)(I)
    8 U.S.C. § 1324(a)(1)(A)(ii)
    8 U.S.C. § 1324(a)(1)(B)(i)
    (Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

    8 U.S.C. § 1324(a)(1)(A)(ii)
    8 U.S.C. § 1324(a)(1)(B)(i)
    18 U.S.C. § 2
    (Transportation of Illegal Aliens for Profit)
**Counts 2-3**

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about September 19, 2021, in the District of Arizona, Michael Fiandaca, Mariana Wilkins, and Trinidad Valles, aka Trinida Valles, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move Abelino Urrutia-Beltran and Adolfo Reyes-Bazan, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of

commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about September 19, 2021, in the District of Arizona, Michael Fiandaca, Mariana Wilkins, and Trinidad Valles, aka Trinida Valles, knowing and in reckless disregard of the fact that an alien, Abelino Urrutia-Beltran, had come to, entered and resided in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 3

On or about September 19, 2021, in the District of Arizona, Michael Fiandaca, Mariana Wilkins, and Trinidad Valles, aka Trinida Valles, knowing and in reckless disregard of the fact that an alien, Adolfo Reyes-Bazan, had come to, entered and resided in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: October 13, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

BRIAN C. HOPKINS
Assistant U.S. Attorney

*United States of America v. Michael Fiandaca, et al.*
*Indictment Page 2 of 2*