JON M. SANDS
Federal Public Defender
**JAY A. MARBLE**
Assistant Federal Public Defender
State Bar No. 021202
jay_marble@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500,
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  vs.<br><br>Trinidad Valles,<br><br>   Defendant. | CR21-02660-03-TUC-JGZ (MSA)<br><br>MOTION TO WITHDRAW AND<br>APPOINT COUNSEL |

   Assistant Federal Public Defender Jay A Marble, counsel for defendant Trinidad Valles, hereby moves to withdraw as counsel of record, and further requests that new counsel be appointed under the Criminal Justice Act Panel (CJA), as defendant has been deemed indigent.

   This request is based on a conflict of interest that has arisen. This matter has been discussed with a supervisor within the Federal Public Defender's Office, and it has been determined that withdrawal is appropriate.  It is requested that counsel's Motion to Withdraw be granted and that new CJA counsel be appointed.

RESPECTFULLY SUBMITTED:     January 31, 2022.

JON M. SANDS
Federal Public Defender

*s/ Jay A. Marble*
JAY A. MARBLE
Assistant Federal Public Defender

ECF Copy:

Brian Hopkins
Assistant United States Attorney